# UNITED STATES DISTRICT COURT

for the

_________ District of _________

_________ Division

Jadin "Michael" Bliesath

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See list

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

FILED

OCT 26 2020

KATE BARKMAN, Clerk
By ________ Dep. Clerk

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jadin "Michael" Bliesath |
| Street Address | 43 South 3rd Street |
| City and County | Reading Berks |
| State and Zip Code | Pennsylvania 19602 |
| Telephone Number | (484) 651-4521 |
| E-mail Address | nekrogoregasm@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name ____________________

Job or Title *(if known)* ____________________

Street Address ____________________

City and County ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address *(if known)* ____________________

Defendant No. 2

Name ____________________

Job or Title *(if known)* ____________________

Street Address ____________________

City and County ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address *(if known)* ____________________

Defendant No. 3

Name ____________________

Job or Title *(if known)* ____________________

Street Address ____________________

City and County ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address *(if known)* ____________________

Defendant No. 4

Name ____________________

Job or Title *(if known)* ____________________

Street Address ____________________

City and County ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address *(if known)* ____________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Jadin "Michael" Bliesuth, is a citizen of the State of *(name)* Pennsylvania.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* They'd have to tell me very secretive, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Sorry, loss track, blank, time, car fumes, & neighbors smoking in building lack of oxygen make me an O→X... illegal

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* ______________, is a citizen of the State of *(name)* ______________. Or is a citizen of *(foreign nation)* ______________.

2. If the defendant is a corporation

   The defendant, *(name)* ______________, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________. Or is incorporated under the laws of *(foreign nation)* ______________, and has its principal place of business in *(name)* ______________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* Every day, at *(place)* all over the world,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Cant control, buisness, to large, monopoly, unsafe, Slander, most dont have enough money to stop things put on from spreading. Sexual pornographic acts, hunting, mocking, dangerous behavior resulting in death, drugs etc

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Serious mental angish, loss of sleep, inability to start buisness, violate marrige, and mating, by lack of morality. Stalking behavior, people follow around. Told me to injure my self hospitalization, ignorant use of languge, hysteria. Unsafe work environment ability

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stop company. Funds for injured other than me, amount all of it and assetts, these ill gotten gains, from invasion by foreign spy agencies and coporations attempting to control us and me like cattle. Usurping the courts our homes and our lives, they should get nothing but jail. For being a willy Wanka. Good day sir!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Thursday Oct 22, 10:21 am 2020

Signature of Plaintiff [signature]

Printed Name of Plaintiff Jadin "Michael" Blisath

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

Thanks have a good lunch + hope you make it home, hom SEXUAL.

Nit Nit

Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Apple
One Apple Parkway
Cupertino, Californian 95014

Facebook
1 Hacker Way
Menlo Park, California 94025

Jadin "Michael" Blies
43 South Third St
Reading, PA 19602

Edward
Courthouse
504 W
Allentow

nth

eet

UNITED STATES POSTAL SERVICE

1000

18101

U.S. POSTAGE PAID
FCM LG ENV
READING, PA
19601
OCT 22, 20
AMOUNT

**$1.20**

R2304W121625-17

U.S.M.
X-RA

N. Cahn US

Federal Building

. Hamilton Street

, PA 18101